Stuart Price, Esq. (SNB: 150439)
PRICE LAW GROUP, APC
15760 Ventura Boulevard, Suite 800
Encino, CA 91436
P: 818-907-2030
stuart@pricelawgroup.com
Attorneys for Plaintiff Elaine Moreno

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE MORENO,<br><br>       Plaintiff,<br>vs.<br><br>CITIBANK, N.A., BEST BUY CO., INC.; and DOES 1 to 10, inclusive,<br><br>       Defendant(s). | Case No.: 5:17-cv-00985<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Elaine Moreno and Defendants CitiBank, N.A. and Best Buy Co., Inc. have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Voluntary Dismissal with Prejudice within the next forty (40) days. The Plaintiff requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated March 29, 2017      **PRICE LAW GROUP, APC**

                                          By: /s/ *Stuart M. Price*
                                               Stuart M. Price
                                               stuart@pricelawgroup.com
                                               Attorneys for Plaintiff Elaine Moreno

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system on the 30th day of March 2017. Notice of this filing will be sent via electronic mail to the following:

Andrew Moritz
andrew.moritz@citi.com
Director and Associate General Counsel
Citibank, N.A.
14000 Citicards Way
Jacksonville, FL 32259
904-954-8552

/s/ *Sandra Padilla*