## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-00985-ODW (JEMx) | Date | March 30, 2017 |
|---|---|---|---|
| Title | Elaine Moreno v. Citibank, N.A. et al | | |

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sheila English | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**          **( In Chambers):**     **Order to Show Cause re Case Settlement**

The Court is in receipt of a Notice of Settlement **[17]** filed March 30, 2017.  The Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, no later than May 8, 2017, why settlement has not been finalized. **No hearing will be held.** All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this order upon the filing of a dismissal that complies with the Federal Rule of Civil Procedure 41.

IT IS SO ORDERED.

:     00

Initials of Preparer          se